UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES D. CUNNINGHAM,

    Defendant/Judgment Debtor,

v.

KING COUNTY PAYROLL,

    Garnishee.

Case No. MC16-0052RSL

ORDER DENYING MOTION TO
REDUCE GARNISHMENT AMOUNT

This matter comes before the Court on defendant/judgment debtor's letter requesting that a smaller percentage of his pay be garnished as restitution. Dkt. # 14. The government opposes the request, pointing out that financial hardship is not a valid objection to garnishment and that the evidence provided does not support the alleged hardship. Dkt. # 15. Mr. Cunningham has not filed a reply.

Mr. Cunningham has not asserted a viable objection or shown any hardship that could overcome the government's interest in garnishment. After reviewing the papers submitted, the request for a reduction is DENIED.

//

1    Dated this 31st day of March, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
REDUCE GARNISHMENT AMOUNT                -2-