UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES D. CUNNINGHAM,<br><br>Defendant/Judgment Debtor,<br><br>and<br><br>KING COUNTY PAYROLL,<br><br>Garnishee. | NO.  2:16-MC-00052-RSL<br><br>(2:98-CR-00728-1)<br><br>**Order Granting Defendant/Judgment Debtor's Motion to Modify Garnishment Order** |

This matter comes before the Court on Defendant/Judgment Debtor Charles D. Cunningham's (Mr. Cunningham) letter Motion to Modify the "Continuing Garnishee Order" entered in 2016.  Dkt. nos. 17 and 13, respectively.   The United States filed a Response stating that, after considering Mr. Cunningham's current financial situation, including significantly reduced work hours and earnings, it did not oppose his Motion and agreed to reduce the garnishment rate to ten percent of Mr. Cunningham's disposable earnings.  Dkt. no. 18.

**ORDER GRANTING DEFENDANT/JUDGMENT DEBTOR'S MOTION TO MODIFY GARNISHMENT ORDER**
(*U.S. v. Charles D. Cunningham and King County Payroll,*
Court Nos. 2:16-MC-00052-RSL & 2:98-CR-00728-1) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

Accordingly, the Court finds that a reduction in the garnishment rate is supported by good cause and authorized by 28 U.S.C. § 3013.  The Court's previously entered Continuing Garnishment Order [dkt. no. 13] is hereby modified as follows:  from this date forward, Garnishee King County Payroll shall withhold ten percent of Mr. Cunningham's disposable earnings.  Other than this reduction of the garnishment rate, all terms of the Continuing Garnishment Order remain in effect.

IT IS SO ORDERED.

Dated this 13th day of August, 2020.

*Hon. Robert S. Lasnik*
United States District Court

Presented by:

s/ Kyle A. Forsyth
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

---

ORDER GRANTING DEFENDANT/JUDGMENT
DEBTOR'S MOTION TO MODIFY GARNISHMENT ORDER
(*U.S. v. Charles D. Cunningham and King County Payroll,*
Court Nos. 2:16-MC-00052-RSL & 2:98-CR-00728-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970