**The Honorable Robert S. Lasnik**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:16-MC-00052-RSL |
| Plaintiff, | (2:98-CR-0728-1) |
| vs. | **Order Terminating Garnishment Proceeding** |
| CHARLES D. CUNNINGHAM, | |
| Defendant/Judgment Debtor, | |
| and | |
| KING COUNTY PAYROLL, | |
| Garnishee. | |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated, pursuant to 28 U.S.C. § 3205(c)(10)(A).

IT IS ORDERED that the garnishment is terminated and that King County Payroll is relieved of further responsibility pursuant to this garnishment.

//

ORDER TERMINATING GARNISHMENT PROCEEDING (*USA v Charles D. Cunningham*) - 1

Dated this __4th__ day of_____May_____, 2026.

_____
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/ Kyle A. Forsyth_____
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING (*USA v Charles D. Cunningham*) **- 2**